**Joseph A. MAY, Appellant,**

v.

**LABOR AND INDUSTRIAL RELATIONS COMMISSION and Missouri Division of Employment Security, Respondents.**

**No. WD 43361.**

Missouri Court of Appeals, Western District.

Dec. 18, 1990.

Joseph A. May, Kansas City, pro se.

Sandy Bowers, Ronald F. Harris, Jefferson City, for respondents.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

## ORDER

PER CURIAM.

Appeal from dismissal of petition for judicial review under § 288.210 of the Missouri Employment Security Law.

Affirmed. Rule 84.16(b).

■

**Brenda McGAFFIC, Respondent,**

v.

**David McGAFFIC, Appellant.**

**No. WD 43095.**

Missouri Court of Appeals, Western District.

Dec. 18, 1990.

Loramel P. Shurtleff, Columbia, for appellant.

Leslie Ann Schneider, Columbia, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

## ORDER

PER CURIAM.

David McGaffic appeals from an order of the trial court regarding child custody, visitation and child support. Dismissed as moot. Rule 84.16(b).